UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| METROPOLITAN LIFE INSURANCE COMPANY, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | No.: 1:18-cv-107-TAV-SKL |
| JOHN P. PARKER and VICTOR T. HAYDEN, | ) |  |
| Defendants. | ) |  |

## JUDGMENT ORDER

Before the Court is defendant John P. Parker's Motion for Disbursement of Funds [Doc. 31]. On January 25, 2019, plaintiff Metropolitan Life Insurance Company ("MetLife") filed a Notice of Submission of Interpleader Funds to Be Deposited [Doc. 30], accompanied by a copy of a check in the amount of $15,008.60, representing the funds due and payable upon the death of Henry A. Parker under the Metropolitan Life and Affiliated Companies Welfare Benefits Plan. Defendant Parker now moves for disbursement of those funds, plus any additional interest that may have accrued since deposit of those funds into an interest-bearing account.

Having reviewed the record and for good cause shown, defendant Parker's motion [Doc. 31] is **GRANTED**. The Clerk of Court is **DIRECTED** to disburse the deposited funds in the amount of $15,008.60, plus accrued interest, payable to John P. Parker, and to

forward said disbursement to counsel for defendant Parker, Benjamin T. Bradford.  Upon disbursement of the funds, the Clerk is **DIRECTED** to **CLOSE** the case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE